HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER WILLIAM OLSEN, Plaintiff, v. MICHELLE OLSEN, et al. Defendants. | CASE NO. C17-5281-RBL ORDER DENYING MOTION DKT. #10 |

THIS MATTER is before the Court on Plaintiff Olsen's Motion for Reconsideration [Dkt. #10]. Olsen petitioned the Court for permission to proceed in forma pauperis. The Court denied his motion as time-barred, but granted him 21 days to pay the court's filing fee or to amend his complaint to assert a plausible, timely claim. *See* Dkt. #3 (Order denying motion but allowing Olsen until May 22, 2017 to pay the court's filing fee or to file an amended complaint). Olsen did not do either. Instead, he asks the Court to reconsider its earlier decision.

Motions for reconsideration are disfavored. The Court will ordinarily deny such motions in the absence of a showing of new legal authority or facts that could not have been brought to its attention earlier with reasonable diligence or a showing of manifest error in the prior ruling. *See* Local Rule W.D. Wash. CR 7(h)(1). The term "manifest error" is "an error that is plain and

indisputable, and that amounts to a complete disregard of the controlling law or the credible evidence in the record." Black's Law Dictionary 622 (9th ed. 2009).

Olsen recounts how he was abused as a child, from 1995 to 2006. He has not brought new legal authority or facts to the Court's attention or shown manifest error.

Nor, construing his motion as an amended complaint and a renewed motion to proceed *in forma pauperis*, has he asserted a timely claim upon which the Court could grant him relief. *See Ashcroft v. Iqbal*, 556 U.S. 662, 678, 129 S. Ct. 1937, 173 L.Ed.2d 868 (2009) (A claim for relief is facially plausible when "the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged."). Olsen's claims of childhood abuse are time-barred, and so his complaint is frivolous.

Olsen's Motion for Reconsideration [Dkt. #10] is DENIED. This case is closed. Olsen did not pay the filing fee or state a plausible, timely claim for relief supporting a grant of *IFP* status.

IT IS SO ORDERED.

Dated this 30th day of May, 2017.

_____
Ronald B. Leighton
United States District Judge